P.M. Bessette (Bar No. 127588)
**DEMLER, ARMSTRONG & ROWLAND, LLP**
101 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:  (415) 949-1900
Facsimile:   (415) 354-8380
Email:       bes@darlaw.com

Attorneys for Defendants
CHENG HU and XIAO LIANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONALD CHEN and STEPHANIE CHAN,<br><br>Plaintiffs,<br><br>v.<br><br>CHENG HU and XIAO LIANG and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-05065-SK<br><br>San Mateo County Superior Court Case No. 21-CIV-03001<br><br>**[PROPOSED] ORDER GRANTING MOTION OF CHENG HU AND XIAO LIANG FOR FULL OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:          October 3, 2022<br>Time:          9:30 a.m.<br>Ctrm/Dept:  Courtroom C, 15th Floor<br>                     450 Golden Gate Ave.<br>                     San Francisco, CA 94102<br>Judge:  Magistrate Judge Sallie Kim<br><br>Complaint filed: June 1, 2021<br>Action removed to this court: June 30, 2021<br>Trial date: January 24, 2023 |

　　　The Motion for Summary Judgment of defendants Cheng Hu and Xiao Liang ("Defendants") against plaintiffs Donald Chen and Stephanie Chan ("Plaintiffs") came on regularly for hearing on October 3, 2022 at 9:30 a.m. in Courtroom C of the above-entitled Court.  After full consideration of the evidence and the written

1

and oral submission by the parties, the Court found Defendants Cheng Hu and Xiao Liang are entitled to summary judgment because Plaintiffs' have failed to satisfy the elements of their claims.

Accordingly, IT IS ORDERED AND ADJUDGED that:

1. Judgment is entered in favor of Defendants Cheng Hu and Xiao Liang and against Plaintiffs Donald Chen and Stephanie Chan on their Complaint for Damages; and
2. Defendant Cheng Hu and Xiao Liang, as the prevailing party on the Complaint, shall recover its costs against Plaintiffs.

Alternatively, partial summary judgement of Plaintiffs' cause of action for Trespass/Nuisance shall be dismissed because Plaintiffs cannot satisfy the element of their claim.

_____
Magistrate Judge Sallie Kim